# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Isaac Pettigrew** )<br>         **Claimant,** )<br>  )<br>**v.** ) **Case No. 25 CV 1540**<br>  )<br>**Cavalry Portfolio Services LLC** )<br>         **Respondent** )<br>  )<br>  ) | |

## DISMISSAL WITH PREJUDICE

Plaintiff, Isaac Pettigrew hereby dismisses this matter with prejudice.

This __26th__ day of _____March_____, 2025.

By:_____

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED.

March 28, 2025

Isaac Pettigrew

*Pro Se Plaintiff*